SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>Plaintiff,<br><br>vs.<br><br>Dalbag Randhawa, et al,<br><br><br>Defendants | Case No.: CIV.S 09-cv-00809-MCE-GGH<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL OF KI KIM YONG; ORDER**<br><br>Complaint Filed:  MARCH 24, 2009<br><br>**CASE TO REMAIN OPEN AS TO REMAINING DEFENDANTS** |

**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendant (Ki Kim Yong) be and is hereby dismissed **WITHOUT PREJUDICE** pursuant to FRCP 41 (a)(2).  This case is to remain open as to the remaining Defendants.  Defendant (Ki Kim Yong) is dismissed because Plaintiff and this Defendant have settled their dispute.

///

///

///

///

1

PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
CIV: S-09-00809-MCE-GGH

1  Dated: June 10, 2009                               /s/Scott N. Johnson
2                                                     SCOTT N. JOHNSON
                                                      Attorney for Plaintiff
3
4       **IT IS SO ORDERED**.
5  DATED: June 11, 2009
6
7  _____
   MORRISON C. ENGLAND, JR
8  UNITED STATES DISTRICT JUDGE