```
SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net
```

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>           Plaintiff,<br><br>     vs.<br><br>Randhawa et al<br><br>           Defendants | Case No. **2:09-cv-00809-MCE-GGH**<br><br>STIPULATION AND ORDER RE: EXTENSION OF TIME UNTIL JULY 6, 2009 FOR DEFENDANT CONVENIENCE STORES PROPERTIES CORPORATION TO RESPOND TO COMPLAINT |

   Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendant, Convenience Stores Properties Corporation ("CSP"), by and through their respective attorneys of record, Scott N. Johnson and Amy Abdo, stipulate as follows:

STIPULATION AND ORDER RE: EXTENSION OF TIME - 1

1. An extension of time has been previously obtained for CSP until June 4, 2009 to respond or otherwise plead reference to Plaintiff's complaint.

2. Plaintiff and CSP have been engaged in good faith discussions for a prompt resolution of this matter. Accordingly, CSP seeks an extension until July 6, 2009 to respond or otherwise plead reference to Plaintiff's complaint.

3. Plaintiff and CSP certify that the request for an extension is made in good faith and not for purposes of delay. The parties anticipate filing a request for dismissal with prejudice of CSP prior to the July 6, 2009 deadline.

IT IS SO STIPULATED effective as of June 5, 2009

Dated: June 5, 2009                    _____

                                        Amy Abdo,
                                        Attorney for Defendant
                                        Convenience Stores
                                        Properties Corporation

STIPULATION AND ORDER RE: EXTENSION OF TIME - 2

Dated:  June 5, 2009                    /s/Scott N. Johnson _____

                                        Scott N. Johnson,

                                        Attorney for Plaintiff


**ORDER**

In light of the Court's receipt of the parties' Notice of Settlement, electronically filed June 12, 2009, the parties' instant Stipulation is denied as moot.

It is so ordered.

DATED: June 18, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE